JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA CORDELLIA OATIS,** </br> **Plaintiff,** </br> v. </br> **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,** </br> **Defendant.** | NO. CV 17-971-KS </br></br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: December 14, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE